ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL III

| MARISOL SANTOS DÁVILA<br><br>Recurrida<br><br>V.<br><br>BASILIO PÉREZ NAZARIO Y OTROS<br><br>Peticionarios | KLCE202500134 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Fajardo<br>_____<br>Caso Núm.:<br>CE2024CV00124<br><br>Sala: 307<br>_____<br>SOBRE:<br>DAÑOS Y PERJUICIOS |
|---|---|---|

Panel integrado por su presidente el Juez Figueroa Cabán, el Juez Salgado Schwarz y el Juez Monge Gómez.

Salgado Schwarz, Carlos G., Juez Ponente.

## **R E S O L U C I Ó N**

En San Juan, Puerto Rico, a 14 de febrero de 2025

Comparece ante nos el señor Basilio Pérez Nazario, quien nos solicita que revisemos la Resolución emitida el 24 de enero de 2025[1] por el Tribunal de Primera Instancia, Sala Superior de Fajardo ("foro primario" o "foro recurrido"). Mediante dicha Resolución, el foro primario declaró *No Ha Lugar* cierta Solicitud de Desestimación por Falta de Parte Indispensable presentada por el Peticionario[2].

Luego de deliberar los méritos del recurso ante nos, entendemos procedente no intervenir con la determinación del foro recurrido. Si bien este foro apelativo no está obligado a fundamentar su determinación al denegar la expedición de un recurso discrecional,[3] abundamos sobre las bases de nuestra

_____

[1] Notificada el mismo día.
[2] Entrada Número 9 en el Expediente Electrónico del caso.
[3] 32 LPRA Ap. V, R. 52.1.

Número Identificador

RES2025_____

decisión para que las partes no alberguen dudas en sus mentes sobre el ejercicio de nuestra facultad revisora y su justificación jurídica.

Conforme a lo anterior, expresamos que no surge del expediente de este caso que el foro primario actuase mediando prejuicio, parcialidad, error manifiesto o mediante craso abuso de su discreción.[4] Tampoco divisamos fundamentos jurídicos que motiven la expedición del auto instado al amparo de los criterios dispuestos por la Regla 40 del Reglamento de este Tribunal de Apelaciones.[5]

A tenor con lo anterior, ***denegamos*** la expedición del auto de *certiorari* ante nuestra consideración.

**Notifíquese inmediatamente.**

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*

---

[4] *Trans-Oceanic Life Ins. v. Oracle Corp.*, 184 DPR 689, 709 (2012).
[5] 4 LPRA Ap. XXII-B, R. 40.